TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
111 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Fax: (801) 524-3399
email: michael.kennedy@usdoj.gov

FILED US District Court-UT
JUL 31 '24 AM 10:04

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. ERIC NICHOLAS GAPCO, Defendant. | INDICTMENT<br><br>Count 1: 49 U.S.C. § 46504, Interference with a Flight Crew<br><br>Count 2: 18 U.S.C. § 32(a)(8) and (1), Attempted Damage to an Aircraft in the Special Aircraft Jurisdiction of the United States<br><br>Case: 2:24-cr-00250<br>Assigned To : Sam, David<br>Assign. Date : 7/30/2024 |
|---|---|

The Grand Jury charges:

**COUNT 1**
49 U.S.C. § 46504
(Interference with a Flight Crew)

On or about July 18, 2024, in the District of Utah and elsewhere,

ERIC NICHOLAS GAPCO,

the Defendant herein, in the special aircraft jurisdiction of the United States as defined in 49 U.S.C. § 46501(2), did assault and intimidate flight attendants and crew members of an aircraft, thereby interfering with the performance of the duties of the flight attendants and crew members and lessening the ability of the flight attendants and crew members to perform those duties, all in violation of and punishable under 49 U.S.C. § 46504.

**COUNT 2**
18 U.S.C. § 32(a)(8) and (1)
(Attempted Damage to an Aircraft
in the Special Aircraft Jurisdiction of the United States)

On or about July 18, 2024, in the District of Utah and elsewhere,

ERIC NICHOLAS GAPCO,

the Defendant herein, did willfully attempt to damage and disable an aircraft in the special aircraft jurisdiction of the United States as defined in 49 U.S.C. § 46501(2), to wit, an Airbus A321 aircraft being operated by American Airlines as Flight 2101 from

//
//
//
//
//
//

Seattle, Washington to Dallas, Texas, and diverted to Salt Lake City, Utah, all in violation of 18 U.S.C. § 32(a)(8) and (1), and punishable thereunder.

A TRUE BILL:

/S/
―――――――――――――――――――
FOREPERSON OF GRAND JURY


TRINA A. HIGGINS
UNITED STATES ATTORNEY

*/s/ Michael Kennedy*
―――――――――――――――――
MICHAEL KENNEDY
Assistant United States Attorney